affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Scott and Smith, JJ., dissented.

ALBERT J. APPELL, Appellant, v. ANNA T. APPELL and Others, Respondents, Impleaded with Others.— Judgment and order modified as stated in order, and as modified affirmed, with costs to appellant. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of AMOS H. EVANS, an Attorney.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HENRY GANS v. SOLOMON H. SCHLANGER and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

JAMES P. PINTO v. JOHN DI IORIO.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

OTTO L. KOSCHERAK and Another v. TILLIE KOSCHERAK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

JOHN A. KINGSBURY v. GEORGE COREM.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

JOHN A. KINGSBURY v. GEORGE COREM.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FREDERICK GOGGUS.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WONG LEE.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LUIGI FAVATO.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JENNIE DAVIS.— Motion granted. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

LOUIS GOLDSTEIN v. FRANK SCHREIBER.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

PARAMOUNT CONTRACTING COMPANY v. GUSSIE DECKLADE.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

SUPERIOR MOTOR GARAGE COMPANY v. WILLIAM E. D. STOKES.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

HENRY J. KOLB v. GEORGE C. TAYLOR.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

E. VOGEL, INC., v. MERCANTILE LUNCH COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

In the Matter of MORRIS GUMPEL v. IRVING CURVITCH.— Application